PER CURIAM.
Affirmed on the authority of Hepworth v. Orlando Bank & Trust, 323 So.2d 41 (Fla. 4th DCA 1975); Bagel Break Bakery, Inc. v. Bagelman’s, Inc., 431 So.2d 676 (Fla. 4th DCA 1983); Motorola Communications and Electronics, Inc. v. National Patient Aids, Inc., 427 So.2d 1042 (Fla. 4th DCA 1983); Dependable Insurance Co. v. Landers, 421 So.2d 175 (Fla. 5th DCA 1982); Barnett v. Barnett Bank of Jack *434 sonville, N.A., 345 So.2d 804 (Fla. 1st DCA 1977); Barnett Bank of Tallahassee v. Campbell, 402 So.2d 12 (Fla. 1st DCA 1981), petition for review denied, 412 So.2d 463 (Fla.1982).
DOWNEY, DELL and BARKETT, JJ., concur.